**2009–1292.   State ex rel. Doner v. Logan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto.

Upon consideration of the joint motion to reduce the number of copies of the joint submission of evidence, and respondents' motion to file a reduced number of copies of the evidence,

It is ordered that the motions are granted, and the parties shall file eight copies of the evidence.

Cupp, J., not participating.

## MISCELLANEOUS DISMISSALS

**2010–0539.   State ex rel. Kinder v. Newburgh Hts. Village Council.**
Cuyahoga App. No. 94416. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–0775.   State ex rel. Flegm v. Ross.**
In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.